

# NUMBER 13-21-00229-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF A.D.A., A CHILD

On appeal from the 430th District Court
of Hidalgo County, Texas.

## ORDER

**Before Justices Longoria, Hinojosa, and Tijerina**
**Order Per Curiam**

This cause is before the Court on appellant's amended motion to stay time to file appellant's brief, which we construe as a motion for an extension of time to file appellant's brief. Appellant's brief is currently due on September 7, 2021. Appellant's counsel has informed the court that she intends to file a supplemental reporter's record and that "the failure to timely designate the entire reporter's record was due to no fault of [appellant.]"

The Court, having fully examined and considered appellant's motion is of the opinion that the motion should be granted. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

It is therefore ordered that the Honorable Victoria Guerra, counsel for appellant, file the appellate brief with this Court by the earlier of twenty days following the filing of the supplemental reporter's record or October 1, 2021. Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

PER CURIAM

Delivered and filed on the
1st day of September, 2021.